# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff/Appellee,<br><br>　　v.<br><br>JOHN EMMETT BROWN JR., and<br>DERRICK LOUIS CARTER,<br><br>　　　　　　Defendants/Appellants. | CASE NO. CR15-211-MJP<br><br>ORDER MODIFYING<br>PROTECTIVE ORDER |

Based upon the foregoing Partially Unopposed Motion to Modify Protective Order; Declaration of Counsel in Support, and for good cause shown, the Court MODIFIES the protective order entered July 21, 2015 (ECF No. 31) as follows:

Counsel of record for Defendants/Appellants John Emmett Brown, Jr. and Derrick Louis Carter ("Defendants/Appellants") may provide one electronic copy set each of discovery containing Protection Information or Protected Material to the Federal Bureau of Prisons ("BOP") for use in a controlled environment by each Defendant/Appellant while in BOP

custody.  Defendants/Appellants shall be permitted to take notes regarding Protected Information and Protected Material.

All other terms and conditions of the protective order remain in full effect.

The clerk is ordered to provide copies of this order to all counsel.

Dated April 27, 2018.

_____
Marsha J. Pechman
United States District Judge

Presented by:
*s/ Jay A. Nelson*
Attorney for Derrick Louis Carter